UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **SAMUEL KATZ,** *Plaintiff,* -against- **STARION ENERGY, INC.,** *Defendant.* | Civil No. 4:16-cv-40006 **VOLUNTARY DISMISSAL OF CLAIMS AGAINST STARION ENERGY, INC.** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff hereby dismisses with prejudice all claims against Starion Energy Inc.

Dated: February 23, 2016

Respectfully submitted:

*Attorney for Plaintiff Samuel Katz*

/s/John L. Fink
John L. Fink, Esq. BBO#683290
(508) 433-0529
18 Lyman St., Suite 208
J&N Professional Building
Westborough, MA 01581
JFink@WestboroLawyer.com

CERTIFICATE OF SERVICE

I, John L. Fink, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this date.

Dated: Tuesday, February 23, 2016     /s/*John L. Fink Esq.*
                                                                  John L. Fink (BBO# 683290)